Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ERIC KITAZI,<br><br>        Plaintiff,<br><br>    v.<br><br>SELLEN CONSTRUCTION COMPANY, INC., et al.,<br><br>        Defendants. | No. C16-1651MJP<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE AN OVERLENGTH BRIEF** |

HAVING reviewed Defendants' Motion for Leave to File an Overlength Brief, and any response thereto, the Court hereby ORDERS that Defendants' Motion for Leave to File an Overlength Brief is DENIED.

**IT IS SO ORDERED.**

DATED this 5th day of September, 2017.

Marsha J. Pechman
United States District Judge