THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ERIC KITAZI, | ) Case No: 2:16-cv-01651-MJP |
| Plaintiff, | ) |
| v. | ) **ORDER DISMISSING VARIOUS** |
| | ) **CAUSES OF ACTION IN PLAINTIFF'S** |
| SELLEN CONSTRUCTION COMPANY, INC. a corporation; ROBERT P. McCLESKEY, Director in his individual and corporate capacity and on behalf of his marital community with JANE DOE McCLESKEY; KATE HARKESS, individually and in her official capacity; KEN KNUDSEN, individually and in his official supervisory capacities | ) **THIRD AMENDED COMPLAINT** |
| Defendants. | ) |

## **ORDER**

IT IS HEREBY ORDERED that the parties' Stipulated Motion to Dismiss, with prejudice, Various Causes of Action from Plaintiff's Third Amended Complaint is hereby GRANTED, that the following Causes of Action will be dismissed from this action, with prejudice:

1. Cause of Action No. 4: Violation of the Title VI against the entity only;

2. Cause of Action No. 5: Disability Discrimination under RCW 49.60 against all defendants;

3. Cause of Action No. 7: Negligent Supervision & Retention against entity only;

4. Cause of Action No. 8: Negligent Intentional Emotional Distress.

The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.

Dated this 29th day of September, 2017.

Marsha J. Pechman
United States District Judge