UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC KITAZI,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SELLEN CONSTRUCTION<br>COMPANY INC, a corporation;<br>ROBERT P. McCLESKEY, Director in<br>his individual and corporate capacities<br>and on behalf of his marital community<br>with JANE DOE McCLESKEY,<br><br>　　　　　　　　Defendants. | CASE NO. C16-1651-MJP<br><br>ORDER GRANTING PLAINTIFF'S<br>MOTION FOR ATTORNEYS' FEES |

THIS MATTER comes before the Court on Plaintiff's Motion for attorneys' fees. (Dkt. No. 87.) The Court has considered the Motion, the Response (Dkt. No. 98), the Reply (Dkt. No. 101) and all related papers.

Plaintiff seeks an award of $227,782.50 in fees to compensate counsel for their time on this matter. (See Dkt. No. 87.) Plaintiff's counsel submit that they are entitled to the following hourly billing rates: $475.00 per hour for Beverly Grant; $275.00 per hour for Elizabeth Lunde; $425.00 per hour for Patricia Rose; and $100.00 per hour for Carla Sullivan. (Id.) Plaintiff's

counsel also request a lodestar multiplier of .5. (Id.) In addition, Plaintiff seeks costs in the amount of $21,046.03. (Id.) Defendant argues that because Plaintiff prevailed only on his hostile work environment and retaliation claims, the fee award should be reduced proportionately. (See Dkt. No. 98.)

The Court finds that, having prevailed on his claims for hostile work environment and retaliation, and having been awarded substantial non-economic damages by a unanimous jury, Plaintiff is the prevailing party under Title VII, 42 U.S.C. § 2000(e) et seq. and the Washington Law Against Discrimination, RCW 49.60.030(2). The Court therefore declines to grant Defendant's request for a proportionate reduction.

The Court further finds that this case involved a relatively straightforward fact pattern. Plaintiff called only two witnesses at trial, and presented few exhibits to the jury. The law regarding employment discrimination is well-settled, and is clearly set forth in state and federal pattern jury instructions. Because counsel's hourly rates are ample compensation for their efforts in this case, the Court declines to grant Plaintiff's request for a lodestar multiplier.

The Court further reduces Ms. Rose's hourly rate to $350.00 to reflect her 2014-2017 rate as set forth in her declaration. (See Dkt. No. 93 at ¶ 9.)

Accordingly, the Court ORDERS as follows: Defendant Sellen Construction Company, Inc. is hereby ORDERED to pay Plaintiff attorneys' fees in the amount of $148,422.50. The Court will not take up the request for costs, but advises Plaintiff to file a separate Bill of Costs with the clerk within five (5) days, pursuant to Local Rule 54.

The clerk is ordered to provide copies of this order to all counsel.

Dated January 31, 2018.

_____
Marsha J. Pechman
United States District Judge